

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Alvin WILLIAMS v. STATE.
### No. 19153.

Court of Criminal Appeals of Texas.

June 23, 1937.

Forrester Hancock, of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully selling intoxicating liquor in a dry territory; penalty assessed at a fine of $100 and confinement in the county jail for a period of thirty days.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## EASTERN MORTGAGE & SECURITIES CORPORATION et al., Plaintiffs in Error, v. M. SANDERS et ux., Defendants in Error.
### No. 8429.

Court of Civil Appeals of Texas. Austin.

March 17, 1937.

Rehearing Denied June 23, 1937.

## T. J. SMITH, alias Buddy Junkins, alias Ed De Grade, v. STATE.
### No. 19159.

Court of Criminal Appeals of Texas.

June 23, 1937.

F. A. Craven, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

Raymond E. Buck, Victor McCrea, and Mack & Mack, all of Fort Worth, for plaintiffs in error.